# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand twenty-two.

Before:    Joseph F. Bianco,
              *Circuit Judge,*

_____

Dimitri Enterprises, Inc.,

    Plaintiff - Appellant,

v.

Spar Insurance Agency LLC,

    Defendant-Appellee,

NIF Services of New Jersey, Inc., Scottsdale Insurance Company,

    Defendants.

_____

**ORDER**

Docket No. 21-1722

    Appellee moves for sanctions against Appellant's counsel pursuant to Federal Rule of Appellate Procedure 38.

    IT IS HEREBY ORDERED that the motion (docket entry 61) is DENIED.

              For the Court:
              Catherine O'Hagan Wolfe,
              Clerk of Court

